UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| **JEREMY R. ROBERTS,** ) | |
| ) | |
| Petitioner ) | |
| ) | |
| v. ) | No. 3:05cv0416 AS |
| ) | |
| **ED BUSS,** ) | |
| ) | |
| Respondent ) | |

*MEMORANDUM OPINION AND ORDER*

On or about July 12, 2005, *pro se* petitioner Jeremy R. Roberts, an inmate at the Westville Correctional Facility (WCF) in Westville, Indiana, filed a petition seeking relief under 28 U.S.C. §2254. The motion to dismiss filed on behalf of the respondent by the Attorney General of Indiana on November 18, 2005, demonstrates the necessary compliance with *Lewis v. Faulkner*, 689 F.2d 100 (7th Cir. 1982). No response has been filed.

The motion to dismiss appears to relate to a disciplinary proceeding designated as WVS 04-11-0016, and it is clear and not disputed that there has been a failure to exhaust available state remedies as required by *Markham v. Clark*, 978 F.2d 993 (7th Cir. 1992). *See also Eads v. Hanks*, 280 F.3d 728 (7th Cir. 2002). Therefore, the motion to dismiss is **GRANTED**. **IT IS SO ORDERED**.

DATED: January 3, 2006

                                             S/ ALLEN SHARP
                                             **ALLEN SHARP, JUDGE**
                                             **UNITED STATES DISTRICT COURT**